## IN THE SUPERIOR COURT
## OF GUAM

IN THE MATTER OF THE ESTATE )    PROBATE CASE No. PR0024-55
)                                    PR0065-75
of )
)    **DECISION AND ORDER**
JUAN TORRES IGLESIAS )
CONSOLACION G. IGLESIAS )
)
Deceased. )
)

### INTRODUCTION

This matter is before the Honorable Judge Michael J. Bordallo. A review of the file herein reveals that there have been several attempts to adequately administer, distribute and close the above estates. Recently several persons asserting a statutory interest in the above matters, have appeared *pro se* and filed competing petitions for letters of administration: 1) co-petitioners John Peter Iglesias Santos and Cynthia Jackson Blas, filed May 5, 2014; and 2) co-petitioners Paul V. Sablan and Jessica Iglesias, filed March 21, 2014. Each of these petitions have been opposed by the competing co-petitioners.

The consideration and hearing of these petitions is regulated by Sections 3401 *et. seq.* of Title 15 of the Guam Code. 15 GCA §§ 3401 *et. seq.* (2013). After adequate statutory notice a hearing on the petition filed by co-petitioners John Peter Iglesias Santos and Cynthia Jackson Blas was held on September 8, 2014. At the hearing the Court allowed co-petitioners Paul V. Sablan and Jessica Iglesias an additional week to file the necessary papers which might allow

for their consideration. A review of the file reveals that these papers were not filed and the requirements not met. Having reviewed the applicable papers and petitions the Court finds that pursuant to 15 GCA § 1805 co-petitioners John Peter Iglesias Santos and Cynthia Jackson Blas have priority to serve as administrators and are, despite the issues raised in the opposition paper, not otherwise disqualified from so serving. Accordingly,

IT IS ORDERED that John Peter Iglesias Santos and Cynthia Jackson Blas be appointed as co-administrators of the estates of Juan Torres Iglesias and Consolacion G. Iglesias and that letters of administration thereon be issued to them upon taking the oath and without bond.

SO ORDERED, this 21 day of Nov 2014.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam